**Marc J. Goldstein, Esq.**
**MJG Arbitration & Mediation**

Direct Dial: (212) 799-8605
Mobile:       (917) 498-1230

September 28, 2017

***VIA USPS EXPRESS MAIL***
Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *MPI Tech A/S v. International Business Machines Corporation*
      No. 15-cv-4891-LGS - DCF – RLE

Dear Judge Ellis:

Following the telephone call from your law clerk a few moments ago, I write to report that due to the religious holiday beginning tomorrow evening and my travel requirements in connection with it, I am required to leave the Courthouse not later than 12:45 p.m. tomorrow. If Your Honor or the other parties believe this does not allow sufficient time, I am available to begin the conference earlier in the morning or to return for another session.

Respectfully,

Marc J. Goldstein

cc. MPI and IBM counsel by ECF