# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200

NEW YORK
LONDON
HONG KONG
SHANGHAI
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

**BY ECF**                                                                 January 9, 2018

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *MPI Tech A/S v. International Business Machines Corporation*
                 No. 15-cv-04891 (LGS) (DCF)

Dear Judge Schofield:

      Defendant IBM writes in order respectfully to request that the Court modify its Order at Dkt. 291 to reflect that IBM's motion at Dkt. 258 (which was previously dismissed without prejudice), is withdrawn with prejudice and with each party bearing its own costs.

                                                            Respectfully submitted,

                                                             Jonathan D. Cogan
                                                             *Counsel for IBM*